IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENRIQUE MARTIN DELCAMPO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 1:05-cv-0279 AWI TAG <br><br> ORDER VACATING SCHEDULING CONFERENCE <br><br> (Docs. 6, 15, 16) |

On May 4, 2005, the Court ordered that the scheduling conference in this case be reset from June 1, 2005 to July 28, 2005. (Court Doc. 6). However, in the interim, Defendants failed to answer or otherwise respond to Plaintiff's complaint, and, on July 6, 2005, the Clerk of the Court entered defaults against Enrique Martin Delcampo and Oscar Martin Delcampo, the named Defendants in this case. (Court Docs. 13, 14). On July 26, 2005, Plaintiff filed an ex parte application for an order vacating the July 28, 2005 scheduling conference (Court Docs. 15, 16) and a motion for default judgment. (Court Doc. 17). On July 27, 2005, Plaintiff filed a first amended motion for default judgment. (Court Doc. 22).

In light of the Clerk's entry of default and Plaintiff's pending motion for default judgment (Court Doc. 22), good cause exists to grant Plaintiff's application for an order vacating the pending scheduling conference. Accordingly, Plaintiff's application for an order vacating the July 28, 2005 scheduling conference (Court Docs. 15, 16) is GRANTED, and the scheduling conference is VACATED.

IT IS SO ORDERED.

**Dated:   July 27, 2005**                          **/s/ Theresa A. Goldner**
j6eb3d                                              UNITED STATES MAGISTRATE JUDGE

1