1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY
2  One California Plaza
   300 South Grand Avenue, Suite 2670
3  Los Angeles, CA 90071-3161

4  Tel: 213-229-9292
   Fax: 213-229-9295
5  TPRLA@att.net

6  Attorneys for Plaintiff
   Garden City Boxing Club, Inc.
7

FILED

2005 SEP 13 P 2: 37

CLERK, US DIST COURT
EASTERN DIST OF CALIF

BY _____

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  Garden City Boxing Club, Inc. | Case No. CV 05-0279 AWI-TAG |
| 12 | |
| 13            Plaintiff, | ORDER OF DISMISSAL ~~(Proposed)~~ |
| 14       vs. | |
| 15  Enrique Martin Delcampo, et al. | |
| 16 | |
| 17            Defendants. | |

18

19      On September 2, 2005 Plaintiff filed a Notice of Voluntary Dismissal with the
20  Court in which Plaintiff requested dismissal of Defendants Enrique Martin Delcampo
21  and Oscar Martin Delcampo, individually and d/b/a Taqueria Los Compadres a/k/a La
22  Perla Tapatia and the above-entitled action in its entirety, and with prejudice.
23

24  ///
25  ///
26  ///
27  ///
28

Plaintiff's request is unopposed, and no responsive pleading was ever filed by the above-named defendants to Plaintiff's duly served complaint.

**WHEREFORE,** Plaintiff's request is hereby granted, and the above-entitled action is hereby dismissed with prejudice.

**ITS SO ORDERED**:

_____  Dated: 9-13-05
The Honorable Anthony W. Ishii
United States District Court
Eastern District of California

///

///

///

///

///

///

///

///

///

## PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071-3161. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 6, 2005, I served:

**ORDER OF DISMISSAL (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

| | |
|---|---|
| Ms. Elayne Mendlovitz, Esquire<br>Law Offices of Sidney Mendlovitz<br>4010 Watson Plaza Drive, Suite 100<br>Lakewood, CA 90712 | Attorneys for Defendants |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 6, 2005, at Los Angeles, California.

Dated: September 6, 2005                    /s/ Inesa Mamidjanyan
                                            INESA MAMIDJANYAN